COPY

1  Alan E. Kassan, Esq. State Bar No. 113864
     E-mail: akassan@kantorlaw.net
2  Peter Sessions, Esq. State Bar No. 193301
     E-mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:   (818) 350-6272

6  Attorneys for Plaintiff
   Kathryn Rideaux

[FILED 10 AUG -2 PM 2:54 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHRYN RIDEAUX,

    Plaintiff,

VS.

METROPOLITAN LIFE INSURANCE COMPANY; CB RICHARD ELLIS GROUP INSURANCE PLAN,

    Defendants.

CASE NO: CV10 5736 AHM (MANx)

NOTICE OF INTERESTED PARTIES

    The undersigned, counsel of record for Plaintiff, Kathryn Rideaux, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

1  The following is a list of the names of all such parties with their connection and interest herein:

1. Kathryn Rideaux, Plaintiff;
2. Metropolitan Life Insurance Company, Defendant; and
3. CB Richard Ellis Group Insurance Plan, Defendant.

DATED: August 2, 2010

KANTOR & KANTOR, LLP

By: _____
ALAN E. KASSAN
ATTORNEY FOR PLAINTIFF
KATHRYN RIDEAUX