JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN RIDEAUX, | CASE NO.: CV 10-5736 AHM (MANx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; CB RICHARD ELLIS GROUP INSURANCE PLAN, | [Lodged Concurrently With:<br>- Stipulation for Dismissal] |
| Defendants. | |
| | Complaint Filed: August 2, 2010 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: October 07, 2010

_____
THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

Submitted By:

BARGER & WOLEN LLP


By: */s/ Robert K. Renner*
ROBERT K. RENNER
SCOTT E. CALVERT
Attorneys for Defendants
Metropolitan Life Insurance Company
and CB Richard Ellis Group Insurance Plan

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1